UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.  3:13-00113 |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN LIANE MILLER | ) | |

### ORDER

This matter comes before the Court on the United States' Motion to Seal Indictment.   It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties and to the Internal Revenue Service ("IRS"); and (b) may be provided by the United States to the defendant or the defendant's counsel.   The Indictment shall be unsealed immediately upon the arrest of the defendant.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS and the IRS and the TBI, to serve them only on counsel for the United States.

_____
Judge Haynes

Dated: June 19, 2013