IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00113 |
| | ) | Judge Trauger |
| | ) | |
| KAREN LIANE MILLER | ) | |
| | ) | |

**O R D E R**

A hearing was held on May 9, 2014 on the government's Motion for a status hearing (Docket No. 35). At the request of the government, the court inquired of the defendant how she was able to now afford to retain counsel, when she has previously been represented by the Federal Public Defender's Office. She testified under oath that a family friend is loaning her the money to retain counsel.

The status of the case was also discussed. By separate order, the trial is being rescheduled for December 2, 2014. Pretrial motions shall be filed by October 3, 2014, with responses due October 17, 2014.

It is so **ORDERED**.

ENTER this 9th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge