> Motion GRANTED.
> *[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00113 |
| | ) | Judge Trauger |
| KAREN LIANE MILLER | ) | |

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **Karen Liane Miller**, by and through her undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the trial of her case from Tuesday, December 2, 2014 at 9:00 a.m., to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. This case is currently set for trial on Tuesday, December 2, 2014. (Docket Entry 39). Defendant Miller is on bond.

2. The Court may recall that, in May 2014, when the parties in *United States of America v. Wendy Askins and Larry Gene Webb, MDTN Case No. 3:13-00162,* were struggling with their calendars to find a new trial date, counsel suggested December 2, 2014 and notified the Court that Ms. Miller's case was set on that same date and could be moved to a later date to accommodate the *Askins/Webb* trial. Recently, codefendant *Webb* filed a motion to continue and the *Askins/Webb* trial was moved from 12/2/14 to 7/14/14.

3. The months of September and October 2014 have been and will continue to be unusually busy trial months for undersigned counsel. Between September 29 and October 3, 2014, undersigned counsel was involved in the trial of a serious aggravated child abuse/child neglect case, styled *State of Tennessee v. Sherry DeWitt, Davidson County Criminal Action No.*

1